IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JIMMY DOSTER AND JUDY
DOSTER                                                                      PLAINTIFF


VS.                              CASE NO. 06-1048


BARTON HOMES, L.L.C. AND
IH SALES CORP. D/B/A
INDIES HOMES                                                    DEFENDANTS


## ORDER

Before the Court is Defendants' Motion to Dismiss or, in the alternative Motion to Stay

Pending Arbitration.  (Doc. No. 9).  The Plaintiff has responded.  (Doc. No. 10).  Upon

consideration, the Court finds that the parties in this litigation entered into a valid arbitration

agreement and the claims before the Court fall within the scope of that agreement.  Therefore, the

Defendants' motion to dismiss is hereby **denied** and the motion to stay this action pending

arbitration is **granted.**  The parties are hereby directed to proceed to arbitrations in order to

resolve the claims now pending before this Court.  This case is hereby stayed pending arbitration

of these claims.

IT IS SO ORDERED, this 1st day of March, 2007.


      /s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge